**UNITED STATES of America, Plaintiff–Appellee**

v.

**Tyrus Miguel COOPER, Defendant–Appellant.**

**No. 10–30163**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2010.

Rene I. Salomon, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca Louise Hudsmith, Esq., Federal Public Defender's Office, Lafayette, LA, for Defendant–Appellant.

Tyrus Miguel Cooper, Pollock, LA, pro se.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Tyrus Miguel Cooper has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cooper has filed a response. He has also filed a motion for the appointment of counsel. Our independent review of the record, counsel's brief,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and Cooper's response discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Cooper's motion for the appointment of counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.